## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| LYNNE CALLIGARO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:20-cv-01175 (RDA/JFA) |
| v. ) | |
| ) | |
| DELOITTE CONSULTING LLP ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lynne Calligaro, by and through her undersigned counsel, gives notice of voluntary dismissal of her claim against Defendant in this action with prejudice.

Dated:    October 13, 2020         Respectfully,

                                  LYNNE CALLIGARO


                                  _____/s/_____
                                  Joshua Erlich, VA Bar No. 81298
                                  Davia Craumer, VA Bar No. 87426
                                  Katherine L. Herrmann, VA Bar No. 83203
                                  THE ERLICH LAW OFFICE, PLLC
                                  2111 Wilson Blvd., Ste. 700
                                  Arlington, VA  22201
                                  Tel:    (703) 791-9087
                                  Fax:    (703) 722-8114
                                  Email: jerlich@erlichlawoffice.com
                                         dcraumer@erlichlawoffice.com
                                         kherrmann@erlichlawoffice.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2020, I filed true copy of the foregoing document by CM/ECF with electronic notification to interested parties.

                                                /s/
                                Davia Craumer, VA Bar No. 87426
                                The Erlich Law Office, PLLC
                                2111 Wilson Blvd.
                                Suite 700
                                Arlington, VA 22201
                                Tel:    (703) 791-9087
                                Fax:   (703) 722-8114
                                Email: dcraumer@erlichlawoffice.com