IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LYNNE CALLIGARO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Case No. 1:20-cv-01175 (RDA-JFA) ) |
| DELOITTE CONSULTING, LLP, | ) ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on Plaintiff Lynne Calligaro's Notice of Dismissal with Prejudice. Dkt. 3. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
October 27, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge